# IN THE UNITED STATES DISTRICT COURT FOR
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| **VS.** | *   **CR. NO. 05-00188-CG** |
| **MACK RAY HERRIN, JR.,** | * |
| **Defendant.** | * |

## ORDER

For good cause shown and pursuant to the provisions of Fed.R. Cr.P. 36, governing the correction of clerical mistakes contained in an order in a Criminal Case, the court hereby **AMENDS** nunc pro tunc its order entered in the above-styled case on September 14, 2005 (Doc. 12), to include the following:

4) The defendant is to keep the Probation Office advised of the address of where he is living at all times.

**DONE AND ORDERED** this 28th day of September, 2005.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE